NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5114

DAVID G. DEBATTO,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in
08-CV-730, Judge Charles F. Lettow.

ON MOTION

ORDER

David G. DeBatto moves to withdraw his motion to expand the record on appeal.

DeBatto also moves for leave to file a nonconforming reply brief and requests that the

court disregard "Attachment AA" of the reply brief and any reference to it.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to withdraw the motion to expand the record is granted. The

merits panel may disregard Attachment AA to the reply brief.

(2)     The motion for leave to file a nonconforming brief is granted.

(3)     A copy of this order shall be transmitted to the merits panel assigned to

hear this case.

FOR THE COURT

MAY 0 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Michael D.J. Eisenberg, Esq.
        Shari A. Rose, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 6 2010

JAN HORBALY
CLERK